IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELVIN JOEL TYRON SCOTT
ADC #158250                                                                                          PLAINTIFF

V.                              3:17CV00198 JM/PSH

MADDLOCK, *et al*.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 11th day of September, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE